THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JASON A. D'ANGELO, Appellant. [937 NYS2d 914]

Present—Centra, J.P., Fahey, Peradotto, Carni and Martoche, JJ.